# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **RODRIQUEZ CROWELL, #283285,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )   CIVIL ACTION: 2:24-00475-KD-B |
| | ) |
| **CAPTAIN G. ROOKER,** | ) |
| | ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and S D. Ala. GenLR 72(a)(2)(R) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that Petitioner's § 2254 habeas petition and this action is **DISMISSED without prejudice** for failure to prosecute and failure to obey the Court's order. Petitioner is **DENIED** a certificate of appealability, and the Court **CERTIFIES** that any appeal by Petitioner of the dismissal of the present § 2254 habeas petition would be without merit and therefore not taken in good faith, thus denying Petitioner entitlement to appeal *in forma pauperis*.

**DONE** and **ORDERED** this **7th** day of **March 2025**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**