# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| **RODRIQUEZ CROWELL, #283285,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **CIVIL ACTION: 2:24-00475-KD-B** |
| ) | |
| **CAPTAIN G. ROOKER,** ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Petitioner's § 2254 habeas petition and this action be and is hereby **DISMISSED without prejudice**.

**DONE** and **ORDERED** this **7th** day of **March 2025**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**